P.02



**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED. JAN 2 2 2008

**By Facsimile**

Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: United States v. Manuel Fernandez
07 Cr. 1069 (LTS)

Dear Judge Swain:

The Government writes, after speaking with your Clerk, to respectfully request, jointly with defense counsel, that the conference currently scheduled for Friday, January 18, 2008, at 10:30 a.m., be adjourned until February 1, 2008, or a date convenient for the Court.

The Government requests that time be excluded for purposes of the Speedy Trial Act between January 18, 2008 and the new conference date. During this time, the Government will produce additional discovery to the defense, and the parties will discuss possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:

Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Austin, Esq. (By facsimile)

The foregoing adjournment and exclusion requests are granted as in the interest of justice. The conference is adjourned to February 4, 2008, at 2:00pm and time is excluded from speedy trial computations through that date.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02