UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

       -against-                           ORDER

Manuel Antonio Fernandez

                                              07 cr 1069.
                                                Docket #

------------------------------------x

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1-24-08*

Henry B. Pitman, Magistrate JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case

Charles Hochbaum is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Robert Anello, NUNC-PRO-TUNC Dec. 20, 2007.
                       Attorney's Name

                                    SO ORDERED.

                                    UNITED STATES ~~DISTRICT~~ JUDGE
                                    Magistrate

Dated:   New York, New York
         Jan. 18, 2008