

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008

January 31, 2008

**By Facsimile**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

      Re: United States v. Manuel Fernandez
          07 Cr. 1069 (LTS)

Dear Judge Swain:

      The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for February 4, 2008, at 2:00 p.m., be adjourned until a date convenient for the Court after March 10, 2008.

      The Government requests that time be excluded for purposes of the Speedy Trial Act between February 4, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney
      Southern District of New York

By: _____
      Eugene Ingoglia
      Assistant United States Attorney
      (212) 637-1113

cc: David Austin, Esq. (By facsimile)

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO MARCH 14, 2008, AT 2:15 P.M. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH MARCH 14, 2008, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

/s/ February 1, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE