

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2008

**By Facsimile (212) 805-0426**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Manuel Fernandez
     07 Cr. 1069 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for March 14, 2008 at 2:15 p.m., be adjourned until a date convenient for the Court after March 28, 2008.

    The Government requests that time be excluded for purposes of the Speedy Trial Act between March 14, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

                    Very truly yours,

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

        By: _____
             Eugene Ingoglia
             Assistant United States Attorney
             (212) 637-1113

cc:  David Austin, Esq. (by facsimile) (212) 856-9494

*The requested adjournment and exclusion are granted as in the interests of justice. The conference is adjourned to March 31, 2008, at 2:30 pm and time is excluded from speedy trial computations through that date.*

                                  SO ORDERED.

                           _____ 3/12/2008
                           LAURA TAYLOR SWAIN
                           UNITED STATES DISTRICT JUDGE

TOTAL P.01