

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008

April 1, 2008

**By Facsimile (212) 805-0426**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Manuel Fernandez
07 Cr. 1069 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for April 4, 2008 at 10:30 a.m., be adjourned until a date convenient for the Court after May 2, 2008.

The Government requests that time be excluded for purposes of the Speedy Trial Act between April 4, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Austin, Esq. (by facsimile) (212) 856-9494

The foregoing adjournment and exclusion requests are granted as in the interest of justice. The conference is adjourned to May 9, 2008, at 11:00 AM and time is excluded from speedy trial computations through that date.

SO ORDERED.

_____ 4/2/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.01