

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008

**By Facsimile (212) 805-0426**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

    Re: United States v. Manuel Fernandez
    07 Cr. 1069 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for May 9, 2008, be adjourned until a date convenient for the Court in June, 2008.

    The Government requests that time be excluded for purposes of the Speedy Trial Act between May 9, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: _____
    Eugene Ingoglia
    Assistant United States Attorney
    (212) 637-1113

cc: David Austin, Esq. (by facsimile) (212) 856-9494

SO ORDERED.

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
5/7/08

*The requested adjournment and exclusion are granted as in the interest of justice. The conference is adjourned to June 16, 2008, at 4:30pm and time is excluded from speedy trial computations through that date.*