

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 6 2008

June 12, 2008

**By Facsimile (212) 805-0426**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re: <u>United States v. Manuel Fernandez</u>
       07 Cr. 1069 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for June 16, 2008, be adjourned until a date convenient for the Court after the first week in July, 2008.

    The Government requests that time be excluded for purposes of the Speedy Trial Act between June 16, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

*The requested adjournment and exclusion are granted as in the interest of justice. The conference is adjourned to July 9, 2008, at 12:15pm and time is excluded from speedy trial calculations through that date.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Austin, Esq. (by facsimile) (212) 856-9494

SO ORDERED.

_____ 6/16/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE