

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

July 8, 2008

**MEMO ENDORSED**

By Facsimile (212) 805-0426
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Manuel Fernandez
    07 Cr. 1069 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for July 9, 2008, be adjourned until a date convenient for the Court after the second week in August, 2008.

The Government requests that time be excluded for purposes of the Speedy Trial Act between July 9, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

*The requested adjournment and exclusion are granted as in the interest of justice. The conference is adjourned to August 20, 2008, at 2:45pm and time is excluded from speedy trial computations through that date.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Austin, Esq. (by facsimile) (212) 856-9494

SO ORDERED.

_____ 7/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE