U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 3 2008

August 12, 2008

**MEMO ENDORSED**

**By Facsimile (212) 805-0426**
Honorable Laura T. Swain
United States District Court
500 Pearl Street
New York, New York 10007

    Re: United States v. Manuel Fernandez
       07 Cr. 1069 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request, jointly with defense counsel, that the conference currently scheduled for August 20, 2008, be adjourned until a date convenient for the Court after the first week in October, 2008.

    The Government requests that time be excluded for purposes of the Speedy Trial Act between August 20, 2008 and the new conference date. During this time, the defense will review discovery produced by the Government, and the parties will continue to discuss a possible resolution of the matter without need for trial. The Government makes this request with the consent of counsel for the defendant.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: _____
    Eugene Ingoglia
    Assistant United States Attorney
    (212) 637-1113

cc: David Austin, Esq. (by facsimile) (212) 856-9494

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO OCTOBER 16, 2008, AT 12:45 P.M. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH OCTOBER 16, 2008, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

_____ 8/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE